**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DE LAGE LANDEN FINANCIAL      Case No.:_____
SERVICES, INC.,

    Plaintiff,

v.

STANDARD OPTIC GENERAL
SERVICES CORP
and
ANDERSON SANTOS,

    Defendants.

**COMPLAINT**

AND NOW, COMES Plaintiff, De Lage Landen Financial Services, Inc. ("DLL"), by and through its undersigned counsel, and files the following Complaint against Defendants, Standard Optic General Services Corp ("Standard Optic") and Anderson Santos ("Santos", and collectively with Standard Optic, the "Defendants"), and, in support thereof, states as follows:

**PARTIES**

1.     DLL is a foreign corporation incorporated under the laws of the State of Michigan, registered to do business in Pennsylvania with its principal office and place of business at 1111 Old Eagle School Road, Wayne, Pennsylvania 19087.

2.     Upon information and belief, Defendant Standard Optic is a corporation duly organized under the laws of the State of Florida. Its principal place of business of record with the State of Florida Division of Corporations is 4409 NW 6th Ave, Deerfield Beach, Florida 33064.

3.     Upon information and belief, Defendant Santos is an individual residing in at 47 Valerie Run, Northbridge, Massachusetts 01534.

**JURISDICTION AND VENUE**

4.    This Court has personal jurisdiction over Defendant Standard Optic by virtue of its irrevocable and unconditional submission to the jurisdiction of the Courts of the Commonwealth of Pennsylvania as provided in Section 18 of the 1001 Agreement, the 7918 Agreement, and the 9952 Agreement (as herein defined). *See*, 42 Pa. C.S. 5301(a)(1)(iii).

5.    This Court has personal jurisdiction over Defendant Santos by virtue of its respective and irrevocable and unconditional submission to the jurisdiction of the Courts of the Commonwealth of Pennsylvania as provided in his Guaranties (as defined herein).

6.    Venue is appropriate in this Court as similarly noted in the Guaranties.

7.    Subject matter jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because there is complete diversity amongst the parties to this action and the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

**GENERAL ALLEGATIONS**

**COUNT I**
**(Loan Ending 1001)**

8.    Plaintiff restates, re-alleges and reaffirms all averments set forth in numerical paragraphs 1-7 above, the same as if set forth herein at length.

9.    On or about May 10, 2021, Defendant, Standard Optic, executed and delivered to DLL a Loan & Security Agreement (the "1001 Agreement") whereby Standard Optic granted DLL a security interest in certain equipment, including: (i) 1- 2021 Vermeer D10x15 Horizontal Directional Drill S/N 1VRA130VTM1002453; (ii) 1- 2021 DigiTrak Falcon F2 Locating System S/N 30175567/30175675/30174925; (iii) 1-2021 Vermeer MX125 Mixer S/N 1VRX030UVMF008137; and (iv) 1- 2021 Custom, 10 Ton Ramp Trailer VIN:

7JEPU1426MG000685 (collectively, the "1001 Collateral").  A true and correct copy of the 1001 Agreement is attached hereto as **Exhibit A** and made a part hereof.

10.    DLL perfected its security interest in the 1001 Collateral. A true and correct copy of the UCC Financing Statement filed in the Office of the Florida Secretary of State perfecting DLL's security interest in the 1001 Collateral is attached hereto as **Exhibit B** and made a part hereof.

11.    Upon information and belief, the 1001 Collateral is in the possession, custody, or control of Defendant, Standard Optic and/or Santos.

12.    Standard Optic breached the 1001 Agreement when it failed to make timely payment to DLL for the payment due on March 1, 2026 and all payments thereafter, giving rise to an event of default.  As a result, the 1001 Agreement is in payment and/or non-payment default and DLL has declared, and does hereby declare, that the entire balance of principal and interest is presently due and owing.

13.    As of July 6, 2026, and pursuant to the Guaranties described herein, Defendants are indebted to DLL, jointly and severally, in the amount of $17,169.69 comprised of principal in the amount of $15,476.50, interest in the amount of $466.66, and fees in the amount of $1,226.53, plus attorneys' fees and costs.

**COUNT II**
**(Loan Ending 7918)**

14.    Plaintiff restates, re-alleges and reaffirms all averments set forth in numerical paragraphs 1-13 above, the same as if set forth herein at length.

15.    On or about June 22, 2023, Defendant, Standard Optic, executed and delivered to DLL a Loan and Security Agreement (the "7918 Agreement") whereby Standard Optic granted DLL a security interest in certain equipment (the "7918 Collateral"):

3

| Year | Make | Model | Serial Number | Description |
|------|------|-------|---------------|-------------|
| 2023 | Custom Heavy Haul | 12T172ECBW | 7JEPU172XPG000026 | Tag-Utility Trailer |
| 2023 | Digitrak | F5 | 30208426/30208433/30208137 | Other Construction |
| 2023 | Vermeer | D20x22 | 1VRA170VPP1003552 | Horizontal Directional Drills |
| 2023 | Vermeer | MX125 | 1VRX030UAPF009195 | Other Construction |

A true and correct copy of the 7918 Agreement is attached to this Complaint as **Exhibit C** and made a part hereof.

16.     DLL perfected its security interest in the 7918 Collateral. A true and correct copy of the UCC Financing Statement filed in the Office of the Florida Secretary of State perfecting DLL's security interest in the 7918 Collateral is attached hereto as **Exhibit D** and made a part hereof.

17.     Upon information and belief, the 7918 Collateral is in the possession, custody, or control of Defendant, Standard Optic and/or Santos.

18.     On or about June 22, 2023, Defendant Santos executed and delivered to DLL a Guaranty for all obligations of any kind from Standard Optic to DLL (as amended and/or modified, the "7918 Guaranty"). A true and correct copy of the 7918 Guaranty is attached hereto as **Exhibit E** and made a part hereof.

19.     Standard Optic breached the 7918 Agreement when it failed to make timely payment to DLL for the payment due on January 15, 2026 and all payments thereafter, giving rise to an event of default.  As a result, the 7918 Agreement is in payment and/or non-payment default

4

and DLL has declared, and does hereby declare, that the entire balance of principal and interest is presently due and owing.

20.    As of July 6, 2026, Defendants are indebted to DLL, jointly and severally, in the amount of $198,212.70 comprised of principal in the amount of $182,517.79, interest in the amount of $10,739.40, and fees and penalties in the amount of $4,955.51, plus attorneys' fees and costs.

## COUNT III
### (Loan Ending 9952)

21.    Plaintiff restates, re-alleges and reaffirms all averments set forth in numerical paragraphs 1-20 above, the same as if set forth herein at length.

22.    On or about November 8, 2024, Defendant, Standard Optic, executed and delivered to DLL a Loan and Security Agreement (as amended and/or modified, the "9952 Agreement") whereby Standard Optic granted DLL a security interest in certain equipment (the "9552 Collateral):

| Year | Qty | Make | Model | Serial Number(s) |
|---|---|---|---|---|
| 2025 | 1 | Vermeer | D10x15 | 1VRA130VLS1004078 |
| 2025 | 1 | Vermeer | MX150 | 1VR9040UASF000150 |
| 2024 | 1 | Custom Heavy Haul | 10T142FCBW | 7JEPU142XRG001118 |
| 2024 | 1 | Digitrak | FALCON F2 | 30228451/30228661/30228474 |
| 2024 | 1 | Vermeer | G3 Verifier | G3+RX23081120 |
| 2025 | 1 | Vermeer | D20x22 | 1VRA170VCS1005730 |
| 2024 | 1 | Vermeer | MX125 | 1VRX030UCRG010730 |
| 2024 | 1 | Digitrak | FALCON F2 | 30230517/30230262/30230252 |
| 2025 | 1 | Custom Heavy Haul | 12T/12T172FCBW | 7JEPU1723SG000006 |

A true and correct copy of the 9952 Agreement, including all modifications thereto, are collectively attached hereto as **Exhibit F** and made a part hereof.

23.    DLL perfected its security interest in the 9952 Agreement. A true and correct copy of the UCC Financing Statement filed in the Office of the Florida Secretary of State perfecting DLL's security interest in the 9952 Collateral  is attached hereto as **Exhibit G** and made a part hereof.

24.    Upon information and belief, the 9952 Collateral is in the possession, custody, or control of Defendant, Standard Optic and/or Santos.

25.    On or about November 8, 2024, Defendant Santos executed and delivered to DLL a Guaranty for all obligations of any kind from Standard Optic to DLL (the "9952 Guaranty" together with the 7918 Guaranty, the "Guaranties"). A true and correct copy of the 9952 Guaranty is attached hereto as **Exhibit H** and made a part hereof.

26.    Standard Optic breached the 9952 Agreement when it failed to make timely payment to DLL for the payment due on January 15, 2026 and all payments thereafter, giving rise to an event of default.  As a result, the 9952 Agreement is in payment and/or non-payment default and DLL has declared, and does hereby declare, that the entire balance of principal and interest is presently due and owing.

27.    As of July 6, 2026, Defendants are indebted to DLL, jointly and severally, in the amount of $494,604.19 comprised of principal in the amount of $462,675.16, interest in the amount of $22,647.95, and fees in the amount of $9,281.08, plus attorneys' fees and costs.

28.    By letter dated April 2, 2026, counsel for DLL sent Defendant a Ten (10) Day Notice to Cure letter ("Demand Letter").  A true and correct copy of the Demand Letter is attached hereto as **Exhibit I**.

6

29.     To date, Standard Optic has failed to make any cure payment and the accounts were placed with outside counsel for suit and collection accordingly.

**WHEREFORE,** Plaintiff, De Lage Landen Financial Services, Inc., demands as follows:

1.     That DLL be awarded an *in personam* JUDGMENT on COUNT I of the Complaint against the Defendants, Standard Optic General Services Corp and Anderson Santos, jointly and severally, in the amount of in the amount of $17,169.69 comprised of principal in the amount of $15,476.50, interest in the amount of $466.66, and fees in the amount of $1,226.53, plus attorneys' fees and costs as of July 6, 2026, with interest accruing on the principal portion thereof as provided in the 1001 Agreement at the default rate of 18.0% per annum until paid, plus attorneys' fees and costs;

2.     That DLL be further awarded an *in personam* JUDGMENT on COUNT II of the Complaint against the Defendants, Standard Optic General Services Corp and Anderson Santos, jointly and severally, in the amount of $198,212.70 comprised of principal in the amount of $182,517.79, interest in the amount of $10,739.40, and fees and penalties in the amount of $4,955.51, plus attorneys' fees and costs as of July 6, 2026, with interest accruing on the principal portion thereof as provided in the 7918 Agreement at the default rate of 18.0% per annum, plus attorneys' fees and costs;

3.     That DLL be further awarded an *in personam* JUDGMENT on COUNT III of the Complaint against the Defendants, Standard Optic General Services Corp and Anderson Santos, jointly and severally, in the amount of $494,604.19 comprised of principal in the amount of $462,675.16, interest in the amount of $22,647.95, and fees in the amount of $9,281.08, plus attorneys' fees and costs as of July 6, 2026, with interest accruing on the principal portion thereof

7

as provided in the 9952 Agreement at the default rate of 18.0% per annum, plus attorneys' fees and costs.

4.      That an ORDER be entered adjudging DLL's lien(s) and/or security interest(s) on the Collateral to be valid and enforceable against the Collateral, prior and superior to all other liens, encumbrances, claims, and interests therein.

5.      That DLL be further awarded immediate possession of the Collateral to partially secure repayment of the amount adjudicated in paragraphs 1, 2, and 3 of this prayer for relief; and

6.      For judgment on such other and further relief that this Court deems just and proper.

Date:   August 4, 2026                          Respectfully Submitted,


                                                /s/ Adam H. Settle
                                                Adam H. Settle
                                                Pa. I.D. No. 322731
                                                DINSMORE & SHOHL LLP
                                                100 Berwyn Park
                                                850 Cassatt Road, Suite 110
                                                Berwyn, PA 19312
                                                610.408.6020 (t)
                                                610.408.6021 (f)

                                                *Attorneys for Plaintiff,*
                                                *De Lage Landen Financial Services, Inc.*